BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:18-mj-00020-KFM |
|---|---|
| Plaintiff, | ) |
| v. | ) **UNOPPOSED MOTION TO REDACT PERSONAL IDENTIFYING INFORMATION (PII) FROM AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT** |
| HAYDEN BEARD, | ) |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, respectfully files this Unopposed Motion to Redact Personal Identifying Information (PII) from Affidavit in Support of Criminal Complaint. In this case, the United States has filed a criminal complaint supported by an affidavit from Federal Bureau of Investigation (FBI) Task Force Officer (TFO) Leonard Torres (hereinafter "Affidavit"). Docket 1. The Affidavit mistakenly included in paragraph 39 the residential street address for the defendant.

The United States hereby moves to redact the street address from the Affidavit. Because the Affidavit was filed in support of a charging document, the redaction requirements at Fed. R. Crim. P. 49.1, do not apply. See Fed. R. Crim. P. 49.1(b)(9). Nonetheless, the United States asks that they be applied and that only the city and state of the defendant's home address remain in the Affidavit. This action is warranted due to the fact that individuals unconnected to the alleged criminal activity reside at the address identified in the Affidavit. Redaction is appropriate in order to protect the privacy of those individuals. This right to privacy outweighs any public interest in the redacted information because the address is of little relevance to the alleged offenses and unnecessary for any determination of probable cause.

//
//
//
//
//
//
//
//
//
//

On January 22, 2018, the United States communicated with Defense Counsel about this issue. Defense Counsel did not oppose this motion to redact the Affidavit.

RESPECTFULLY SUBMITTED January 22, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

By: *s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2018, a true and correct copy of the foregoing was served electronically on the following:

Matthew Scoble, Esq.

*s/ Kyle Reardon*
Office of the U.S. Attorney