# UNITED STATES DISTRICT COURT
for the

_____ District of Alaska _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:18-MJ-00020-KFM |
| ) | |
| HAYDEN BEARD ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/22/18

*Defendant's signature*

*Signature of defendant's attorney*

MATTHEW M. SCOBLE
*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*