AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

**RECEIVED** JAN 22 2018
United States Marshals Service
District of Alaska

United States of America
v.
HAYDEN BEARD

Case No. 3:18-mj-00020-KFM

RECEIVED JAN 29 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Defendant

USMS-D/ALASKA-WARRANTS
FID# 1090111
WARRANT # 1806-0123-0283-5
Entered NCIC  No
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Hayden Beard,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2252(a)(2) and 2252A(a)(2) - distribution of visual depictions of minors engaged in sexually explicit conduct and distribution of child pornography

18 USC 2252(a)(4)(B) and 2252A(a)(5)(b) - possession of of visual depictions of minors engaged in sexually explicit conduct and possession of child pornography

Date: 01/19/2018

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

Issuing officer's signature

City and state:  Anchorage, AK

DEBORAH M. SMITH, Chief US Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 01/22/2018, and the person was arrested on (date) 01/22/2018
at (city and state) Anchorage AK.

Date: 01/22/2018

REDACTED SIGNATURE
Arresting officer's signature

FBI TFO Leonard Torres
Printed name and title